# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## NOTICE OF DEFENDANT'S RELEASE ON CONDTIONS
## PURSUANT TO STANDING ORDER, APPERANCE BOND and
## DEFENDANT'S PROMISE TO APPEAR

DATE 1/08/07    CASE NAME: U.S. v GRIFFITH    CASE NUMBER: 07-0070

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| Wallace Joseph Griffith | , Westminster, CA 92683 | |
| NAME[s] OF SURETY[ies] | ADDRESS(es) OF SURETY[ies] | TELEPHONE NUMBER |
| n/a | n/a | n/a |
| NAME OF CUSTODIAN | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
| n/a | n/a | n/a |

| AMOUNT OF BOND | ☐ PAID BY | TIME AND DATE OF NEXT APPEARANCE | COURTROOM |
|---|---|---|---|
| $ROR | n/a<br>$DEPOSIT RECEIVED | 1/23/07   0900 hrs | US Magistrate Court<br>Yosemite, California |

Pursuant to Standing Order Re: Release on Cash Bond In Yosemite National Park, signed by the Honorable William M. Wunderlich, United States Magistrate Judge, on July 5, 2006, the following are standard conditions of release and appearance:

> Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
>
> Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
>
> Defendant shall not commit any federal, state, or local crime.
>
> Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation.
>
> Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in writing of any change in address or telephone number.

I understand and agree to the conditions of release and promise to appear on the assigned court date noted above.

I also acknowledge that my failure to appear on the date set forth above will result in the forfeiture of any bond posted by me and that a warrant for my arrest may be issued by the court for my failure to appear.

Signed: _____
              Defendant

I have provided the defendant with a copy of this signed release.

Signed: _____
              Park Ranger